# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-4059
_____

CHRISTOPHER C. BOTTO,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

January 26, 2024


PER CURIAM.

    AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Christopher C. Botto, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Appellee.